KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
JASON HICKS, ESQ.
Nevada Bar No. 13149
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4000
Facsimile: 702.793.4001
*Attorneys for defendant Terry Williamson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, Plaintiff; vs. TERRY WILLIAMSON, *et al.*, Defendants. | CASE NO.:  2:15-cr-127-RFB<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR TEMPORARY RELEASE OF PASSPORT AND PROPOSED ORDER** |
|---|---|

Defendant Terry Williamson, by and through her attorneys of record, Kathleen Bliss, Esq., and Jason Hicks, Esq., hereby submits this motion requesting the Court enter an order directing Pretrial Services to release, temporarily, the expired passport of Mr. Williamson so that he can renew it and then return it to Pretrial Services. Mr. Williamson requires a current passport in the event of a family emergency. Mr. Williamson understands and accepts that he could use his passport, even in the event of a family emergency, only with the approval of this Court. Here is the background of the case.

On April 29, 2015, a federal grand jury sitting in the District of Nevada returned an indictment against Ronald Kelly, charging him, inter alia, with conspiracy to commit fraud. The grand jury returned a superseding indictment on October 21, 2015, charging additional defendants, including Mr. Williamson. While the superseding indictment alleges eighty-one counts, Mr. Williamson is charged only in the conspiracy count alleged in count one. *See* Dkt. 5.

On November 6, 2015, federal agents arrested Mr. Williamson at his workplace, Grand Canyon Caverns, Seligiman, Arizona, where he is a manager. Nonetheless, the government did not seek detention of Mr. Williamson. The magistrate judge ordered Mr. Williamson released on a personal recognizance bond. *See* Minutes of Proceedings, Dkt. 40. Trial in this case is currently set on May 17, 2016.

Mr. Williamson is a citizen of Canada, but he has lived and worked in the United States for the past 20 years. His passport expired in early February 2016. Mr. Williamson's mother is 90 years old, and her health is fragile. In the event that she falls ill, Mr. Williamson would like to apply for travel and see her and take care of her affairs. Mr. Williamson understands fully that he cannot travel without this Courts approval. Furthermore, he understands that Pretrial Services would hold his passport until and unless this Court's orders its temporary release for travel. In the meantime, Mr. Williamson must have the expired passport to prepare and obtain a current passport. As such, Mr. Williamson requests that the Court order the temporary release of the expired passport for the sole purpose of using it for renewal, then it return the current passport to Pretrial Services unless and until he requests permission of this Court for emergency travel.

Counsel for the government, Kathryn Newman, has **no objection** to this motion.

Dated this 8th day of April 2016.

Respectfully Submitted,

KATHLEEN BLISS LAW PLLC

*/s/ Kathleen Bliss*
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
JASON HICKS, ESQ.
Nevada Bar No. 13149
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4000
Facsimile: 702.793.4001

*Attorneys for defendant Terry Williamson*

## ORDER

Upon review of Terry Williamson's motion for temporary release of passport, and good cause appearing, it is hereby ORDERED, ADJUDGED, and DECREED that the U.S. Pretrial Services Office is directed to release Mr. Williamson's passport to Mr. Williamson or his counsel for the purpose of renewing it. Upon completion of the application, Mr. Williamson shall immediately return his renewed passport to Pretrial Services.

Dated this 26th day of April, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

## CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District for the District of Nevada, I certify that I am an employee of KATHLEEN BLISS LAW PLLC, and that on this 6th day of April 2016, I did cause a true copy of:

**DEFENDANT'S MOTION FOR RELEASE OF PASSPORT AND PROPOSED ORDER**

To be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing system in this action.

By: /s/ Sylvia Bishai
An employee of KATHLEEN BLISS LAW PLLC