STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
KATHRYN C. NEWMAN
Assistant United States Attorney
Nevada Bar No. 13733
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6296
Kathryn.Newman@usdoj.gov

JOHN T. MULCAHY
PAUL G. GALINDO
Trial Attorneys
United States Department of Justice
601 D Street Northwest
Washington, D.C. 20004
Ph: (202) 353-9713
Fax: 514-9623

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW HANZELIC, et al.,<br><br>Defendants. | 2:15-CR-00127-RFB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LR IA 11-6** |

The United States of America, by and through Steven W. Myhre, Acting United States Attorney, District of Nevada, gives notice of the withdrawal of Paul G. Galindo, Trial Attorney with the United States Department of Justice, Tax Division, and respectfully moves this Court pursuant to LR IA 11-6(b) for an order granting Mr. Galindo leave to withdraw.

United States Department of Justice Tax Division Trial Attorney John T. Mulcahy, and Assistant United States Attorney Kathryn C. Newman continue to represent the United States of America in connection with the above-captioned matter.

**DATED** this 31st day of August 2017.

Respectfully,

STEVEN W. MYHRE
Acting United States Attorney

*//s//*
_____
KATHRYN C. NEWMAN
Assistant United State Attorney
JOHN T. MULCAHY
Trial Attorney

*Attorneys for the United States*

ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: <u>November 15, 2017</u>.

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office.  A copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LR IA 11-6** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 31st day of August 2017.

/ / s / /
_____
STEVEN W. MYHRE
Acting United States Attorney