# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff;<br><br>vs.<br><br>TERRY WILLIAMSON,<br><br>    Defendant. | CASE NO.: 2:15-CR-127-MMD-VCF<br><br>**ORDER** |

Based upon the unopposed motion of defendant, and for the good cause, the Court grants defendant's unopposed motion. It is hereby ORDERED that defendant's Motion is GRANTED and that the following schedule is:

    Defendant's response brief shall be filed on February 28, 2020.

    The government's reply shall be filed on March 13, 2020.

    Sentencing shall be reset to March 20, 2020, at 11:00 a.m in a Las

    Vegas Courtroom to be determined.

Dated this 19th day of February 2020.

_____
THE HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE