NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-127-MMD-VCF |
| Plaintiff, | **Stipulation to Admit Exhibits 33, 34, 35, 36, 37, and 38, Attached to the Motion for Forfeiture, ECF No. 641** |
| v. | |
| TERRY WILLIAMSON, | |
| Defendant. | |

The United States of America and Terry Williamson through his counsel, Kathleen Bliss and Jacqueline Tirinnanzi, agree to the following:

1.      Exhibits 33, 34, 35, 36, 37, and 38 are summaries of JPMorgan Chase bank accounts 5004 and 4197 with forfeiture and restitution filters, not criminal conviction, attached to the United States of America's Motion for Forfeiture ECF No. 641 filed on or about February 6, 2020, and are admitted as evidence.

2.      Defense Counsel stipulates only to the numerical terms reflected by the bank record filter, and reserves the right to argue against any additional assertions or conclusions set forth in the summary charts. Defense Counsel's reservation includes, but is not limited to, the fact there was no conclusive evidence that the individuals listed in the charts were responsible for said transaction associated with their name. The government reserves the right to argue for any additional assertions or conclusions set forth in the summary charts, including, but is not limited to, the right to prove the individuals listed in the charts were

/ / /

responsible for the transactions associated with their names. Defendant reserves the argument to counter the government's arguments.

3.      Each party reserves the right to argue the significance and relevance of the admitted exhibits.

4.      Each party acknowledges and warrants that its execution of the Stipulation is free and is voluntary.

5.      The Stipulation contains the entire agreement between the parties.

6.      Except as expressly stated in the Stipulation, no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Stipulation, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Stipulation.

7.      The persons signing the Stipulation warrant and represent that they have full authority to execute the Stipulation and to bind the persons and/or entities, on whose behalf they are signing, to the terms of the Stipulation.

8.      This Stipulation shall be construed and interpreted according to federal forfeiture law and federal common law and shall not be construed more strictly against one

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

party than against the other merely by virtue of the fact that it may have been prepared

primarily by counsel for one of the parties.

DATED: September 25, 2020                    DATED: September 25, 2020

KATHLEEN BLISS LAW                          NICHOLAS A. TRUTANICH
                                            United States Attorney

/s/ Kathleen Bliss                          /s/ Daniel D. Hollingsworth
KATHLEEN BLISS                              DANIEL D. HOLLINGSWORTH
Counsel for Terry Williamson               Assistant United States Attorney

DATED: September 25, 2020

KATHLEEN BLISS LAW

/s/ Jacqueline Tirinnanzi
JACQUELINE TIRINNANZI


IT IS SO ORDERED:


UNITED STATES DISTRICT JUDGE


DATED:        September 28, 2020

3