# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-127-MMD-VCF |
| Plaintiff, | **Forfeiture Order** |
| v. | |
| TERRY WILLIAMSON, | |
| Defendant. | |

This Court finds Terry Williamson was found guilty of Count 1 of an 81-Count Superseding Indictment charging him with conspiracy to commit mail and wire fraud in violation of 18 U.S.C. §§ 1341, 1343, and 1349. Superseding Indictment, ECF No. 5; Minutes of Jury Trial, ECF No. 529; Jury Verdict, ECF No. 530.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1341 and 1343, specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)B), or 18 U.S.C. § 1349, conspiracy to commit such offenses, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c).

This Court finds and holds the government proved by a preponderance of the evidence that Terry Williamson obtained, acquired, possessed, used, controlled, or professionally and personally benefited from the $1,936,641.99.

This Court finds Terry Williamson shall pay an in personam criminal forfeiture money judgment of $1,936,641.99 to the United States of America, to be held jointly and

severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $1,936,641.99 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

In the alternative, this Court finds that if *Honeycutt* does apply to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), this Court finds Terry Williamson shall pay an in personam criminal forfeiture money judgment of $1,936,641.99 to the United States of America, not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $1,936,641.99 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Terry Williamson the in personam criminal forfeiture money judgment of $1,936,641.99 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED October 20, 2020.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on October 20, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal
